**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**MYRA WHITEHOUSE**                                                                  **PLAINTIFF**

**v.**                                             **CIVIL ACTION NO. 3:24CV-339-DJH**

**LVNV FUNDING, LLC, et al.**                                     **DEFENDANTS**

## ORDER OF RECUSAL

This matter has been referred to the Magistrate Judge by Order of the District Judge. Upon review of this matter and on the Court's own motion, the undersigned hereby **RECUSES** himself from the above-styled action pursuant to 28 U.S.C. § 455.

June 11, 2024

*Colin H Lindsay, Magistrate Judge*
*United States District Court*

cc:    Counsel of Record
       CM - Judge Hale